1   KAMALA D. HARRIS
    Attorney General of California
2   NICHOLAS N. PAUL
    Supervising Deputy Attorney General
3   RAYMOND J. LIDDY
    Deputy Attorney General
4   State Bar No. 171343
     1455 Frazee Road, Suite 315
5    San Diego, CA 92108
     Telephone: (619) 688-6482
6    Fax: (619) 688-4200
     E-mail: Raymond.Liddy@doj.ca.gov
7
    *Attorneys for State of California*
8

**FILED**

AUG 1 3 2013

**RICHARD W. WIEKING**
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

9            IN THE UNITED STATES DISTRICT COURT

10          FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12

13  | UNDER SEAL,                    | C 10-01402 EDL

14  |                      Plaintiffs, | [PROPOSED] ORDER

15  |              v.                  | [FILED UNDER SEAL]

16  | UNDER SEAL,

17  |                      Defendants.

18

19

20

21

22

23

24

25

26

27

28                              1

1   KAMALA D. HARRIS
    Attorney General of California
2   NICHOLAS N. PAUL
    Supervising Deputy Attorney General
3   RAYMOND J. LIDDY
    Deputy Attorney General
4   State Bar No. 171343
     1455 Frazee Road, Suite 315
5    San Diego, CA 92108
     Telephone:  (619) 688-6482
6    Fax:  (619) 688-4200
     E-mail:  Raymond.Liddy@doj.ca.gov
7
    *Attorneys for State of California*
8

9                    IN THE UNITED STATES DISTRICT COURT

10                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12

| | |
|---|---|
| **UNITED STATES ex rel. CHRISTOPHER C. MURPHY and DAVID SWANSON, et al.,** | C 10-01402 EDL |
| Plaintiffs, | **PROPOSED ORDER** |
| **v.** | [FILED UNDER SEAL] |
| **ACTELION, LTD., et al.,** | |
| Defendants. | |

19

20      The States of California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii,

21   Illinois, Indiana, Louisiana, Maryland, Massachusetts, Michigan, Minnesota, Montana, Minnesota

22   Nevada, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island,

23   Tennessee, Texas, Virginia, Wisconsin and the District of Columbia ("the above States") have

24   notified the Court of their respective decisions not to intervene in this action pursuant to their

25   respective State statutes. Accordingly, the Court rules as follows:

26

27

28                                            2

PROPOSED ORDER ON PLAINTIFF STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION
                                                              (C 10-01402 EDL)

1    IT IS ORDERED that:

2        1.    The parties shall serve all pleadings and motions filed in this action, including

3    supporting memoranda, upon the above States in accordance with the Certificate of Service

4    attached to the Plaintiff States' Notice of Election to Decline Intervention;

5        2.    The above States may order any deposition transcripts;

6        3.    The above States are entitled to intervene in this action, for good cause, at any time;

7        4.    All orders of this Court shall be sent to the above States;

8        5.    In the event Relator proposes that this action, on behalf of any of the above States, be

9    dismissed, settled or otherwise discontinued, this Court directs and orders Relator to solicit and

10   submit to the Court the written consent of each of the above States before filing such proposal so

11   that the Court may consider said consent(s) before ruling on or granting its approval; and

12       6.    In accordance with the terms of the Maryland state False Claims Act, Md. Code Ann.,

13   Health Gen, § 2-604 (a)(7), the State of Maryland having declined to intervene in this matter, all

14   claims asserted on behalf of Maryland are hereby dismissed without prejudice.

15   Entered this ____ day of _____, 2013

16

17

18   _____

19   United States District Judge

20

21

22

23

24

25

26

27

28
                                            3

PROPOSED ORDER ON PLAINTIFF STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION
                                            (C 10-01402 EDL)