BLANK ROME LLP
Cheryl S. Chang (SBN 237098)
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone: (424) 239-3400
Facsimile:  (424) 239-3434
Email: Chang@BlankRome.com

BLANK ROME LLP
W. Scott Simmer (*pro hac vice*)
Alan M. Freeman (*pro hac vice*)
600 New Hampshire Avenue NW
Washington, DC 20037
Telephone: (202) 772-5800
Facsimile:  (202) 572-8412
Email: Simmer@BlankRome.com
Email: Freeman@BlankRome.com

*Counsel for Plaintiffs/Relators*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.,* CHRISTOPHER C. MURPHY and DAVID SWANSON, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ACTELION, LTD., *et al.*, <br><br> *Defendants*. | Case No. 3:10-cv-01402-EDL <br><br> **RELATORS' NOTICE OF DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |

Plaintiffs/Relators Christopher D. Murphy and David Swanson, by their undersigned counsel and pursuant to the Clerk's November 4, 2013 Notice (Dkt. #28), hereby notify the Court that they decline to proceed before a United States Magistrate Judge for trial and disposition and hereby request the reassignment of this case to a United States District Judge.

134110.00601/95160470v.1

1 | Dated: November 18, 2013

2 |                                            BLANK ROME LLP

By: _____
Cheryl S. Chang (SBN 237098)
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone: (424) 239-3400
Facsimile: (424) 239-3434
Email: Chang@BlankRome.com

*Counsel for Plaintiffs/Relators*
*Christopher C. Murphy and David Swanson*

Of Counsel:

W. Scott Simmer
Alan M. Freeman
BLANK ROME LLP
600 New Hampshire Ave. NW
Washington DC 20037
Telephone: (202) 772-5800
Facsimile: (202) 572-8412
Email: Simmer@BlankRome.com
Email: Freeman@BlankRome.com

134110.00601/95160470v.1

RELATORS' NOTICE OF DECLINATION TO PROCEED
BEFORE A MAGISTRATE JUDGE (3:10-cv-01402-EDL)